UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TENNESSEE**

FILED BY _____ D.C.

05 AUG 25 PM 4: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. Natosha Anderson                           Docket No.  2:02CR20367-01

**Petition on Probation and Supervised Release**

   **COMES NOW** Daryl K. Butler  **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Natosha Anderson  who was placed on supervision by the Honorable J. Daniel Breen  sitting in the Court at Memphis, TN  on the 29th  day of September, 2003,  who fixed the period of supervision at  two (2) years , and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall pay restitution in the amount of $2,138.00. (Balance: $1,878.00)

2. The defendant shall provide full financial disclosure to the Probation Officer.

3. The defendant shall not open additional lines of credit without approval of the Probation Officer.

4. The defendant shall submit to drug testing and treatment as deemed appropriate by the Probation Officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**The defendant failed to pay $2,138.00 restitution as ordered by the Court.**

Natosha Anderson is unable to satisfy the restitution as ordered by the Court. Although she has made infrequent monthly payments, it is believed she has paid to the best of her financial ability, given her necessary living expenses versus her income. As of August 19, 2005, she has made a total of $260.00, leaving an unpaid balance of $1,878.00. It should be noted that Ms. Anderson paid her $100.00 Special Assessment in full. Ms. Anderson has signed an agreement with the U.S. Attorney Financial Litigation Unit to continue payments in the amount of $20.00 per month, with the payment amount being reviewed periodically.

**PRAYING THAT THE COURT WILL ORDER** Natosha Anderson's Probation be allowed to expire as scheduled on September 28, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of the restitution.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 25th day of August, 2005 and ordered filed and made a part of the records in the above case. | Daryl K. Butler<br>United States Probation Officer |
| _____<br>United States District Judge | Place  Memphis, Tennessee<br>Date   August 22, 2005 |

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:02-CR-20367 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tamika B. Hrobowski
SOCIAL SECURITY ADMINISTRATION
61 Forsyth Street, S.W.
Ste. 5T55
Atlanta, GA 30303--892

Honorable J. Breen
US DISTRICT COURT